Form: ICB-12003-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) |
| ISABEL C. BALBOA<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38, SUITE 580<br>CHERRY HILL, NJ  08002-2977 |

Order Filed on August 1, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    MICHELE YOCCO

Debtor(s)

Case No.:    16-11987-JNP

Hearing Date:

Judge:    Jerrold N. Poslusny

## ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2.00) is hereby **ORDERED**.

DATED: August 1, 2016

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:   MICHELE YOCCO
Case No.:  16-11987-JNP
Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having come before the court on the confirmation of the debtor(s) Chapter 13 plan, and good cause appearing, it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the debtor(s) failure to:

file tax returns;

file required schedules, statements, plan and/or summary;

file a feasible plan, income and/or budget statement;

make all required pre-confirmation payments to the Trustee;

provide evidence of income;

provide all required documents to the Trustee;

United States Bankruptcy Court
District of New Jersey

In re:  
MICHELE YOCCO  
      Debtor

Case No. 16-11987-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 01, 2016  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.  
db        +MICHELE YOCCO,   125 W. COTTAGE AVENUE,   Haddonfield, NJ 08033-3305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:

        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jason Brett Schwartz   on behalf of Creditor   BMW Bank of North America jschwartz@mesterschwartz.com  
        John D. DiCiurcio   on behalf of Debtor MICHELE   YOCCO diciurciowmpa@aol.com  
        Joshua I. Goldman   on behalf of Creditor   Queens Park Oval Asset Holding Trust jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Warren S. Jones, Jr.   on behalf of Creditor   BANK OF AMERICA wsjonesesq@verizon.net, bestcasewsj@gmail.com

                                                                                       TOTAL: 6