Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                      Case No.: 16−11987−JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MICHELE YOCCO
   aka MICHELE CRISTINZIO
   125 W. COTTAGE AVENUE
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−4045

Employer's Tax I.D. No.:

---

    NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby given that the above−captioned case which was dismissed on August 1, 2016 has been reinstated by order dated September 13, 2016.

Dated: September 14, 2016
JJW: cmf

                                                  James J. Waldron
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-11987-JNP
MICHELE YOCCO                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin             Page 1 of 1             Date Rcvd: Sep 14, 2016
                             Form ID: 200            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db             +MICHELE YOCCO,    125 W. COTTAGE AVENUE,    Haddonfield, NJ 08033-3305
516046423      +Bank of America NA,    Prober & Raphael,    20750 Ventura Blvd Ste  00,
                 Woodland Hills, CA 91364-2338
516224540      +Bank of America, N.A.,    P.O. Box 31785,    Tampa,FL 33631-3785
516081840       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516252163      +Lowe's Consumer,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
515981160      +Phelan, Hallinan, Diamond and Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
515981161      +Queen's Park Asset Holding Trust,    300 Delaware Avenue,    9th floor,
                 Wilmington, DE 19801-1607
515981162       Roundpoint Mortgage Company,    PO Box 19409,    Charlotte, NC 28219-9409
516038934      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,    PO Box 5227,    Cincinnati OH 45201-5227)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2016 23:22:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2016 23:22:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515990922      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 15 2016 00:34:59
                 BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516222306       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 15 2016 00:20:22
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516043766       CCMUA,   NO ADDRESS PROVIDED
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John D. DiCiurcio    on behalf of Debtor MICHELE  YOCCO diciurciowmpa@aol.com
              Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                             TOTAL: 6