Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−11987−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MICHELE YOCCO
   aka MICHELE CRISTINZIO
   125 W. COTTAGE AVENUE
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−4045

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/20/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 20, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-11987-JNP
MICHELE YOCCO                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 1            Date Rcvd: Oct 20, 2016
                               Form ID: 148                Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db             +MICHELE YOCCO,    125 W. COTTAGE AVENUE,    Haddonfield, NJ 08033-3305
516046423      +Bank of America NA,    Prober & Raphael,    20750 Ventura Blvd Ste  00,
                 Woodland Hills, CA 91364-2338
516224540      +Bank of America, N.A.,    P.O. Box 31785,    Tampa,FL 33631-3785
516252163      +Lowe's Consumer,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
515981160      +Phelan, Hallinan, Diamond and Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
515981161      +Queen's Park Asset Holding Trust,    300 Delaware Avenue,    9th floor,
                 Wilmington, DE 19801-1607
515981162       Roundpoint Mortgage Company,    PO Box 19409,    Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2016 22:57:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2016 22:57:36       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515990922      +EDI: AISACG.COM Oct 20 2016 22:33:00      BMW Bank of North America,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515990922      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 20 2016 22:47:33
                 BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516222306       EDI: BMW.COM Oct 20 2016 22:33:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH 43016
516081840       EDI: CAPITALONE.COM Oct 20 2016 22:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516038934       EDI: USBANKRS.COM Oct 20 2016 22:34:00      US Bank,    PO Box 5227,    Cincinnati OH 45201-5227
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516043766       CCMUA,   NO ADDRESS PROVIDED
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John D. DiCiurcio    on behalf of Debtor MICHELE  YOCCO diciurciowmpa@aol.com
              Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                              TOTAL: 7